# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rossiter Jr., Robert F. | United States District Court, Nebraska | 05/02/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. District Court, Nebraska
111 S. 18th Plaza, Suite 3141
Omaha, NE 68102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director/Shareholder/Management Committee Member | Fraser Stryker PC LLO |
| 2. | District Representative/Executive Council | Nebraska State Bar Association |
| 3. | Member - House of Delegates | Nebraska State Bar Association |
| 4. | Advisory Board Member | Creighton University School of Law |
| 5. | Trustee | ▓▓▓▓▓▓ Rev Trust Robert Rossiter TTEE |
| 6. | Executor of Mother's Estate | ▓▓▓▓▓▓ Estate |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/2015 | Fraser Stryker PC LLO - Deferred Compensation Agreement |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | United States Judges | $82,397.86 |
| 2. | 2016 | Fraser Stryker PC LLO Salary/Bonus | $155,517.59 |
| 3. | 2016 | Fraser Stryker PC LLO Deferred Compensation | $27,500.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Fitgerald Schorr Barmettler & Brennan, PC LLO employment compensation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter Jr., Robert F. | 05/02/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Fraser Stryker PC LLO | Investiture Reception - Venue, Beverages, Food, Invitations, Postage | $4,049.60 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CornerStone | Student Loan | None |
| 2. | Mass Mutual | Life Insurance Loan | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter Jr., Robert F. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  FS 401k/ SSAM Rollover IRA (H) | | | | | | | | | |
| 2.  369604BQ5 - General Elec Co Var 5.00% 1/19/2066 | B | Interest | | | Redeemed | 09/15/16 | K | D | |
| 3.  AAPL - Apple Inc | A | Dividend | | | Redeemed | 09/15/16 | K | E | |
| 4.  ABX - Barrick Gold Corp | A | Dividend | | | Redeemed | 09/15/16 | J | | |
| 5.  ALR - Alere Inc | | None | | | Redeemed | 09/15/16 | J | | |
| 6.  APC - Anadarko Petroleum Corp | A | Dividend | | | Redeemed | 09/15/16 | K | | |
| 7.  BHK - BlackRock Core Bond Trust | A | Dividend | J | T | Sold (part) | 09/15/16 | K | | |
| 8.  BND - Vanguard Total Bond Market | B | Dividend | M | T | Buy | 09/15/16 | M | | |
| 9.  BP - BP PLC | A | Dividend | | | Redeemed | 09/15/16 | J | | |
| 10. BRKB - Berkshire Hathaway Cl B | | None | | | Redeemed | 09/15/16 | L | F | |
| 11. BSV - Vanguard Short-Term Bond | B | Dividend | M | T | Buy | 09/15/16 | N | | |
| 12. C - Citigroup Inc | A | Dividend | | | Redeemed | 09/15/16 | J | | |
| 13. CE - Celanese Corp Series A | A | Dividend | | | Redeemed | 09/15/16 | J | A | |
| 14. CEQP - Crestwood Equity Partners LP | A | Dividend | | | Redeemed | 09/15/16 | J | | |
| 15. CHI - Calamos Convertible Opps & income | A | Dividend | | | Redeemed | 09/15/16 | J | | |
| 16. CHUBA - CommerceHub Inc Class A | | None | | | Redeemed | 09/15/16 | J | A | |
| 17. CHUBK - CommerceHub Inc Class C | | None | | | Redeemed | 09/15/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter Jr., Robert F. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFAPX - DFA Invt Grade | B | Dividend | M | T | Buy | 09/15/16 | M | | |
| 19. DFEOX - DFA US Core Equity 1 | C | Dividend | N | T | Buy | 09/15/16 | N | | |
| 20. DFGEX - DFA Global Real Estate Secs | C | Dividend | L | T | Buy | 09/15/16 | L | | |
| 21. DFIEX - DFA Intl Core Equity | B | Dividend | M | T | Buy | 09/15/16 | M | | |
| 22. DFSVX - DFA US Small Cap Value | C | Dividend | M | T | Buy | 09/15/16 | L | | |
| 23. DIS - Disney Walt Co | A | Dividend | | | Redeemed | 09/15/16 | K | D | |
| 24. DUK - Duke Energy Corp | A | Dividend | | | Redeemed | 09/15/16 | J | C | |
| 25. DVMT - Dell Technologies Inc Com Cl V | | None | | | Redeemed | 09/15/16 | J | B | |
| 26. ECTPQ - Enron Capital | | None | | | Redeemed | 09/20/16 | J | | |
| 27. EMC - EMC Corp | A | Dividend | | | Redeemed | 09/08/16 | J | D | |
| 28. EMR - Emerson Electric Co | A | Dividend | | | Redeemed | 09/15/16 | J | | |
| 29. EPD - Enterprise Products Partners LP | A | Dividend | | | Redeemed | 09/15/16 | K | D | |
| 30. ETP - Energy Transfer Partners | A | Dividend | | | Redeemed | 09/15/16 | K | | |
| 31. EVF - Eaton Vance Senior Income Trust | A | Dividend | | | Redeemed | 09/15/16 | J | | |
| 32. FCX - Freeport McMoran Inc | | None | | | Redeemed | 09/15/16 | J | | |
| 33. FINN - First Natl Of Neb Inc | A | Dividend | | | Redeemed | 09/15/16 | K | D | |
| 34. FLOT - iShares Floating Rate | A | Dividend | | | Redeemed | 09/15/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter Jr., Robert F. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FOSCX - Tributary Fds Small Company Instl | A | Dividend | | | Redeemed | 09/15/16 | J | B | |
| 36. FTR - Frontier Communications Co | A | Dividend | | | Redeemed | 09/15/16 | J | | |
| 37. GE - General Electric Company | A | Dividend | | | Redeemed | 09/15/16 | K | D | |
| 38. GOOG - Alphabet Inc Cl C | | None | | | Redeemed | 09/15/16 | J | C | |
| 39. GOOGL - Alphabet Inc Cl A | | None | | | Redeemed | 09/15/16 | J | C | |
| 40. GTLS - Chart Industries Inc | | None | | | Redeemed | 09/15/16 | J | | |
| 41. HACK - PureFunds ISE Cyber Security | A | Dividend | | | Redeemed | 09/15/16 | K | A | |
| 42. HCP - HCP Inc | A | Dividend | | | Redeemed | 09/15/16 | J | | |
| 43. HTD - John Hancock Tax Advantage Dividend Income | A | Dividend | | | Redeemed | 09/15/16 | K | C | |
| 44. IJK - iShares S&P Mid-Cap 400 Growth | A | Dividend | | | Redeemed | 09/15/16 | K | B | |
| 45. IJT - iShares S&P SmallCap 600 Growth ETF | A | Dividend | | | Redeemed | 09/15/16 | K | B | |
| 46. INTC - Intel Corp | A | Dividend | | | Redeemed | 09/15/16 | K | D | |
| 47. JEC - Jacobs Engineering Group Inc | | None | | | Redeemed | 09/15/16 | J | | |
| 48. JFR - Nuveen Floating Rate Income | A | Dividend | | | Redeemed | 09/15/16 | K | | |
| 49. JNJ - Johnson & Johnson | A | Dividend | | | Redeemed | 09/15/16 | K | D | |
| 50. JPYYL - Jp Morgan Chase & Co Note 5.15% 12/31/2049 | B | Interest | | | Redeemed | 09/15/16 | K | | |
| 51. KAUFX - Federated Kaufmann R | | None | | | Redeemed | 09/15/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter Jr., Robert F. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. KMI - Kinder Morgan Inc | A | Dividend | J | T | Sold (part) | 09/15/16 | K | | |
| 53. LNCOQ - Linnco LLC | | None | | | Redeemed | 09/15/16 | J | | |
| 54. LTRPA - Liberty Trip Advisor Holdings Series A | | None | | | Redeemed | 09/15/16 | J | A | |
| 55. LVLT - Level 3 Communications | | None | | | Redeemed | 09/15/16 | J | | |
| 56. LVNTA-old - Liberty Ventures - Series A | | None | | | Redeemed | 09/15/16 | J | A | |
| 57. MDT - Medtronic PLC | A | Dividend | | | Redeemed | 09/15/16 | K | B | |
| 58. MEMP - Memorial Prodtn Partners LP | A | Dividend | | | Redeemed | 09/15/16 | J | | |
| 59. MMM - 3M Company | A | Dividend | | | Redeemed | 09/15/16 | K | D | |
| 60. MRK - Merck & Co Inc | A | Dividend | | | Redeemed | 09/15/16 | K | B | |
| 61. MSFT - Microsoft Corp | A | Dividend | | | Redeemed | 09/15/16 | K | D | |
| 62. NFLX - Netflix Inc | | None | | | Redeemed | 09/15/16 | K | | |
| 63. ODVCX - Oppenheimer Developing Markets C | | None | | | Redeemed | 09/15/16 | J | | |
| 64. OGMCX - Oppenheimer Gold & Spl Minerals C | | None | | | Redeemed | 09/15/16 | J | | |
| 65. OIDCX - Oppenheimer Intl Diverisified C | | None | | | Redeemed | 09/15/16 | J | A | |
| 66. OKS - ONEOK Partners LP Unit | A | Dividend | | | Redeemed | 09/15/16 | J | D | |
| 67. PFE - Pfizer Inc | A | Dividend | | | Redeemed | 09/15/16 | K | C | |
| 68. Plains All American Pipeline LP Unit LTD Partnership | A | Dividend | | | Redeemed | 04/12/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter Jr., Robert F. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PG - Procter & Gamble Co | A | Dividend | | | Redeemed | 09/15/16 | K | C | |
| 70. QAI - IQ Hedge Multi-Strategy Tracker | A | Dividend | | | Redeemed | 09/15/16 | J | | |
| 71. RAVN - Raven Inds Inc | A | Dividend | | | Redeemed | 09/15/16 | J | | |
| 72. RDS.A - Royal Dutch Shell A PLC Spons ADR | A | Dividend | | | Redeemed | 09/15/16 | J | | |
| 73. RYJCX - Rydex Inverse Govt Long Bond Strategy C | A | Dividend | | | Redeemed | 09/15/16 | J | | |
| 74. SCZ - iShares MSCI EAFE Small Cap Index | A | Dividend | K | T | Buy | 09/15/16 | K | | |
| 75. SE - Spectra Energy Corp | A | Dividend | | | Redeemed | 09/15/16 | J | B | |
| 76. SRLN - SPDR Blackstone GSO Sr Loan | A | Dividend | | | Redeemed | 09/15/16 | K | | |
| 77. T - AT&T Inc | A | Dividend | | | Redeemed | 09/15/16 | K | C | |
| 78. UL - Unilever PLC ADR F | A | Dividend | | | Redeemed | 09/15/16 | K | B | |
| 79. VEA - Vanguard FTSE Developed Markets | A | Dividend | L | T | Buy | 09/15/16 | L | | |
| 80. VICL - Vical Inc | | None | | | Redeemed | 09/15/16 | J | | |
| 81. VOE - Vanguard MidCap Value Index | B | Dividend | M | T | Buy | 09/15/16 | M | | |
| 82. VWO - Vanguard Emerging Markets | A | Dividend | L | T | Buy | 09/15/16 | L | | |
| 83. VZ - Verizon Communications | A | Dividend | | | Redeemed | 09/15/16 | K | D | |
| 84. WMT - Wal-Mart Stores Inc | A | Dividend | | | Redeemed | 09/15/16 | J | D | |
| 85. WPC - WP Carey & Co | B | Dividend | | | Redeemed | 09/15/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter Jr., Robert F. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. WPRT - Westport Fuel Systems | | None | | | Redeemed | 09/15/16 | J | | |
| 87. XLK - SPDR Technology Select Sector | A | Dividend | | | Redeemed | 09/15/16 | J | D | |
| 88. Money Market Cash | | None | K | T | | | | | |
| 89.  ███████████ Schorr 401k PSP (H) | | | | | | | | | |
| 90. VTTVX - Vanguard Target Retirement 2025 Inv | B | Dividend | L | T | | | | | |
| 91. ███ Raymond James (H) | | | | | | | | | |
| 92. DBLTX - DOUBLELINE TOTAL RETURN BOND FUND CLASS I | A | Dividend | J | T | Sold (part) | 01/15/16 | J | | |
| 93. FIHBX - FEDERATED INSTITUTIONAL HIGH YIELD BOND | A | Dividend | J | T | Sold (part) | 01/15/16 | J | | |
| 94. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 95. PSYPX - PALMER SQUARE INCOME PLUS FUND CLASS I | A | Dividend | J | T | Sold (part) | 08/23/16 | J | | |
| 96. JPIEX - JPMORGAN DISCIPLINED EQUITY FUND CLASS L | A | Dividend | J | T | Buy (add'l) | 01/15/16 | J | | |
| 97. | | | | | Sold (part) | 03/17/16 | J | | |
| 98. | | | | | Sold (part) | 08/23/16 | J | | |
| 99. LZIEX - LAZARD INTERNATIONAL EQUITY PORT. | A | Dividend | J | T | Buy | 07/19/16 | J | | |
| 100. ODVYX - OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y | A | Dividend | J | T | Sold (part) | 01/15/16 | J | | |
| 101. PURZX - PRUDENTIAL GLOBAL REAL ESTATE FUND | A | Dividend | J | T | Sold (part) | 01/15/16 | J | | |
| 102. | | | | | Sold (part) | 08/23/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter Jr., Robert F. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. RAIIX - RAINIER INTERNATIONAL DISCOVERY FUND | A | Dividend | J | T | Buy | 07/19/16 | J | | |
| 104. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 105. TRBCX - T. ROWE PRICE BLUE CHIP GROWTH FUND | A | Dividend | J | T | Sold (part) | 01/15/16 | J | | |
| 106. | | | | | Sold (part) | 03/17/16 | J | | |
| 107. | | | | | Sold (part) | 08/23/16 | J | | |
| 108. TRMCX - T. ROWE PRICE MID-CAP VALUE FUND | A | Dividend | J | T | Buy (add'l) | 01/15/16 | J | | |
| 109. | | | | | Sold (part) | 03/17/16 | J | | |
| 110. FOGPX - TRIBUTARY GROWTH OPPORTUNITIES FD INSTITUTIONAL | A | Dividend | J | T | Sold (part) | 01/15/16 | J | | |
| 111. | | | | | Sold (part) | 03/17/16 | J | | |
| 112. | | | | | Sold (part) | 08/23/16 | J | | |
| 113. FOSBX - TRIBUTARY SMALL COMPANY FUND | A | Dividend | J | T | Sold (part) | 01/15/16 | J | | |
| 114. | | | | | Sold (part) | 08/23/16 | J | | |
| 115. FONPX - TRIBUTARY NEBRASKA TAX-FREE FUND | B | Dividend | L | T | Buy | 06/22/16 | K | | |
| 116. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 117. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 118. VEIRX - VANGUARD EQUITY INCOME FUND ADMIRAL | A | Dividend | J | T | Sold (part) | 01/15/16 | J | | |
| 119. | | | | | Sold (part) | 08/23/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PMSPX - PRINCIPAL GLOBAL MULTI STRATEGY FUND | A | Dividend | J | T | Buy (add'l) | 01/15/16 | J | | |
| 121. | | | | | Sold (part) | 03/17/16 | J | | |
| 122. | | | | | Buy (add'l) | 08/23/16 | J | | |
| 123. MDEIX - MD Sass Equity Income Plus Fund | A | Dividend | | T | Sold (part) | 01/15/16 | J | | |
| 124. | | | | | Sold (part) | 03/17/16 | J | | |
| 125. | | | | | Redeemed | 08/23/16 | J | | |
| 126. VWIUX - Vanguard Intermediate Term Tax Exempt Fund Admiral | A | Dividend | | T | Buy | 01/15/16 | J | | |
| 127. | | | | | Buy (add'l) | 03/17/16 | J | | |
| 128. | | | | | Redeemed | 06/22/16 | J | | |
| 129. FGFLX - Federated International Leaders Fund Inst Shares | | None | | T | Buy | 01/15/16 | J | | |
| 130. | | | | | Sold (part) | 03/17/16 | J | | |
| 131. | | | | | Redeemed | 07/15/16 | J | | |
| 132. FSTFX - Fidelity Limiter Term Municipal Bond Fd | A | Dividend | | T | Sold (part) | 01/15/16 | J | | |
| 133. | | | | | Buy | 03/17/16 | J | | |
| 134. | | | | | Redeemed | 06/22/16 | J | | |
| 135. UBS ▓▓▓ (H) | | | | | | | | | |
| 136. SBPLX - Clearbridge Dividend Strategy Class C | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MSFRX - MFS Total Return Fund Class A | A | Dividend | J | T | | | | | |
| 138. ▓▓▓▓ Rev Trust Robert Rossiter TTEE (H) | | | | | | | | | |
| 139. RMLSX - Russell Ivt Co Lifepoints Moderate | A | Dividend | | | Redeemed | 10/31/16 | L | | |
| 140. BRK.B - Berkshire Hathaway B | | | | | Redeemed | 10/31/16 | M | D | |
| 141. FCISX - Franklin Income Fund Cl | D | Dividend | | | Redeemed | 10/31/16 | M | | |
| 142. JTD - Nuveen Tax Adv Div Gr | B | Dividend | | | Redeemed | 10/31/16 | K | | |
| 143. MXXIX - Twenty First Centy Cl A | A | Dividend | | | Redeemed | 10/31/16 | J | | |
| 144. Wells Fargo MLCD | C | Dividend | | | Redeemed | 10/31/16 | L | C | |
| 145. US Treas Bond | A | Dividend | | | Redeemed | 05/16/16 | J | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter Jr., Robert F. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter Jr., Robert F. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter Jr., Robert F. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter Jr., Robert F. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rossiter Jr., Robert F. | 05/02/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts - Line 1 FS 401k/ SSAM Rollover IRA (H) - Employer 401(k) was rolled over into Rollover IRA in kind. The assets originally purchased in 401k were sold in Rollover IRA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert F. Rossiter Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544